OCT 0 9 2009

The following constitutes the
Order of the Court. Signed October 23 2009

*Arthur S. Weissbrodt*
HON. ARTHUR S. WEISSBRODT
United States Bankruptcy Judge

JERRY BASSONI, an Individual
1481 Cherry Garden Lane
San Jose, California 95125-4828
Telephone: (408) 266-7360

# United States Bankruptcy Court

## Northern District Of California

In re

JERRY BASSONI,

    Defendant

STEVEN SLAWINSKI,

    Plaintiff,

Case No.: ADV. 08-5273
              08-53123 ASW

Chapter 11

Date: September 23, 2009
Time: 2:15 p.m.
Place: Courtroom 3020
       280 S. First Street
       San Jose, California

## ORDER GRANTING MOTION TO QUASH SUBPOENA DUCES TECUM BY THE DEFENDANT

The Motion to Quash and/or Limit Subpoena Duces Tecum by the Defendant, Jerry Bassoni, came on for hearing pursuant to notice on September 23, 2009.

The Court finding good cause for granting the Motion, therefore;

IT IS HEREBY ORDERED that: the **Subpoena of Washington Mutual (presently JPMorgan Chase Bank, File No. 00118661) be quashed in its entirety**.

Dated: October 9, 2009

                                          ARTHUR S. WEISSBRODT
                                          UNITED STATES BANKRUPTCY JUDGE

# COURT SERVICE LIST

<u>Debtor/Defendant, Pro Se</u>
Jerry Bassoni
1481 Cherry Garden Lane
San Jose, CA 95125

Office of the United States Trustee
280 South First Street Room 268
San Jose, CA 95113

<u>Attorney for Plaintiff/Creditor</u>
Diemer, Whitman, & Cardosi
75 East Santa Clara Street, Suite 200
San Jose, CA 95113