FILED
JUL 13 2010
United States Bankruptcy Court
San Jose, California

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

JERRY RAY BASSONI,

    Debtor.
_____/

STEVEN SLAWINSKI,

    Plaintiff,

vs.

JERRY RAY BASSONI,

    Defendant.
_____/

Case No. 08-53123 ASW
Chapter 11

ORDER CONTINUING CASE
MANAGEMENT CONFERENCE

Adversary No. 08-5273

Good cause appearing, IT IS HEREBY ORDERED that:

A continued case management conference will be held on **September 3, 2010 at 3:15 p.m.** The Court prefers joint statements whenever possible. **Failure of plaintiff's counsel to file timely statements will result in sanctions of $250 for the duration of this case.**

DATED: July 13, 2010

                                        ARTHUR S. WEISSBRODT
                                      UNITED STATES BANKRUPTCY JUDGE

1

```
 1  Court Service List
 2
    Office of the U.S. Trustee
 3  U.S. Federal Bldg.
    280 S 1st St. #268
 4  San Jose, CA 95113-3004

 5  Kathryn S. Diemer, Esq.
    Diemer, Whitman and Cardosi
 6  75 E. Santa Clara Street
    San Jose, CA 95113
 7
    Eve A. Marsella, Esq.
 8  Clarkson, Gore, and Marsella
    3424 Carson St. #350
 9  Torrance, CA 165797

10  Jerry Ray Bassoni
    1481 Cherry Garden Lane
11  San Jose, CA 95125

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
                                    2
```